

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

### NO. PD-1225-19

**ORLANDO BELL, Appellant**

**v.**

**THE STATE OF TEXAS**

**ON APPELLANT'S MOTION FOR BAIL PENDING APPEAL UNDER TEX. CODE CRIM. PRO. ART. 44.04(h) BURLESON COUNTY**

**PER CURIAM.**

### O R D E R

A jury convicted Appellant of failure to comply with registration requirements in Cause No. 14,753 in the 21st Judicial District Court of Burleson County. The jury assessed punishment at confinement for 50 years. The Court of Appeals reversed the judgment as to punishment, finding Appellant's sentence void because the jury charge did not require a finding that the second prior felony conviction used for enhancement was both final and for an offense that occurred after the first prior felony conviction became final. *Bell v. State*, No. 07-18-00173-CR (Tex. App. — Amarillo July 24, 2019, pet. granted) (mem. op., not

designated for publication). The State filed a petition for discretionary review, which this Court granted on March 11, 2020.

Appellant has applied to this Court under Article 44.04(h) of the Texas Code of Criminal Procedure, to set a reasonable bail pending final determination of the appeal. However, before this Court can set a reasonable bail, we must have adequate information upon which to determine a reasonable amount. Appellant fails to provide adequate information. See *Montalvo v. State*, 786 S.W.2d 710 (Tex. Crim. App. 1989).

Therefore, Appellant must redraft his request for bail under Art. 44.04(h) in order for this Court to set a reasonable bail.

IT IS SO ORDERED this the 1st day of February, 2021.

DO NOT PUBLISH